and another against Frank T. W. Lockhardt and another. No opinion. Motion denied, without costs.

STANDARD TRUST CO., Respondent, v. HEINEMANN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by the Standard Trust Company against Isaac Heinemann and others. W. C. Rosenberg, for appellants. T. C. Curtis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STANNARD, Appellant, v. ATLANTIC TERRA COTTA CO., Respondent. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Ambrose B. Stannard against the Atlantic Terra Cotta Company. C. C. Sanders, for appellant. G. Sumner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 139 App. Div. 909, 124 N. Y. Supp. 1130.

STATEN ISLAND BEACH LAND IMPROVEMENT CO., Respondent, v. SCHACKEL, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by the Staten Island Beach Land Improvement Company against Dorothea Schackel. No opinion. Final order of the Municipal Court affirmed, with costs.

STEUERWALD, Respondent, v. SITOMER, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Charles B. Steuerwald against Benjamin Sitomer. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the decision is against the weight of evidence.

In re STEVENSON (two cases). In re KERNOCHAN. (Supreme Court, Appellate Division. First Department. February 17, 1911.) In the matter of the applications of Maxwell Stevenson, Eloise Kernochan, and Paul E. Stevenson for a payment out of a general fund of the Supreme Court. On motion to confirm the supplemental report of the referee, with a proposed final decree. Parties requested to appear, and submit any objection to the form of the decree presented. See, also, 139 App. Div. 909, 124 N. Y. Supp. 1131.

PER CURIAM. In this case a motion was made to confirm the supplemental report of the referee, with a proposed final decree. There was submitted in opposition an affidavit of the corporation counsel, stating that he had not had time to examine the decree, and asking that the entry be postponed until such time as he could submit papers in opposition to it. No memorandum has been received, either from the corporation counsel or from any of the other parties, in relation to this decree. The parties are requested to appear on March 7, 1911, at half past 10, and submit any objection to the form of the decree presented by the petitioners.

STILES, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Robert E. Stiles, as administrator, etc., of John Stiles, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 126 N. Y. Supp. 1093.

STROUSE, Respondent, v. RED STAR TOWING & TRANSPORTATION CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Clifford Strouse, by William H. Strouse, his guardian ad litem, against the Red Star Towing & Transportation Company. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 138 App. Div. 887, 122 N. Y. Supp. 1045.

STUDWELL, Appellant, v. BUSH CO., Limited, Respondent. (Supreme Court, Appellate Division, First Department. February 17, 1911.) Action by Frederick B. Studwell against the Bush Company, Limited. C. M. Morgan, for appellant. I. R. Oeland, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 133 App. Div. 892, 118 N. Y. Supp. 1145.

STURMER, Respondent, v. B. A. & G. N. WILLIAMS, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Cornel Sturmer against B. A. & G. N. Williams, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

In re SURPLESS. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) In the matter of the application of Abner C. Surpless for an order requiring Fred L. Gross to deliver up certain papers, etc. No opinion. Motion to dismiss appeal granted, without costs, on condition that Gross stipulate to withdraw his appeal.

SWARTWOUT, Appellant, v. McGOWAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by Frank G. Swartwout against William McGowan and another. No opinion. Motion denied, with costs.

TATE, Respondent, v. GREAT EASTERN CASUALTY & INDEMNITY CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by Brigetta J. Tate against the Great Eastern Casualty & Indemnity Company of New York. No opinion. Judgment and order affirmed, with costs.

TAUSCH, Respondent, v. GIESLER, Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action